

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-15-00093-CR
_____

IN RE REGINALD D. REECE

_____

Original Mandamus Proceeding

_____

Before Morriss, C.J., Moseley and Carter,* JJ.
Memorandum Opinion by Justice Carter

_____

*Jack Carter, Justice, Retired, Sitting by Assignment

# M E M O R A N D U M   O P I N I O N

Reginald D. Reece has filed a petition for writ of mandamus in which he asks this Court to order the District Clerk of Bowie County to transmit his writ of habeas corpus and related documents to the Texas Court of Criminal Appeals.

This Court has jurisdiction to issue a writ of mandamus against "a judge of a district or county court in the court of appeals district." TEX. GOV'T CODE ANN. § 22.221(b) (West 2004). This Court only has mandamus jurisdiction over the district clerk when the district clerk's actions interfere with this Court's jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221(a) (West 2004). We do not have jurisdiction over the district clerk in the context of this petition because courts of appeals have no original jurisdiction over petitions for habeas corpus relief in connection with criminal proceedings. *See* TEX. CODE CRIM. PROC. ANN. art. 11.05 (West 2015); TEX. GOV'T CODE ANN. § 22.221. In the absence of jurisdiction, we must deny the petition.

We deny the petition for writ of mandamus.

Jack Carter
Justice

Date Submitted:     June 3, 2015
Date Decided:       June 4, 2015

Do Not Publish